JAMES B. DUKE, respondent,

*v.*

LILIAN N. DUKE, appellant.

[Argued March 8th, 1907. Decided June 17th, 1907.]

On appeal of Lilian N. Duke from a decree of the court of chancery granting the respondent a divorce, advised by Vice-Chancellor Pitney, whose opinion is reported *ante p. 515*.

*Mr. Chauncey G. Parker* and *Mr. Samuel Kalisch,* for the appellant.

*Mr. Alvah A. Clark* and *Mr. Richard V. Lindabury,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion of Vice-Chancellor Pitney, delivered in the court below.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, FORT, HENDRICKSON, PITNEY, SWAYZE, REED, TRENCHARD, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL—14.

*For reversal*—None.